ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :
                                    :   INDICTMENT
        - v. -                      :
                                    :   14 Cr. CRIM 280
FNU LNU,                            :
    a/k/a "Daniel,"                 :
                                    :
                Defendant.          :

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 30 2014

**COUNT ONE**

The Grand Jury charges:

1. From at least in or about January 2014, up to and including in or about February 2014, in the Southern District of New York and elsewhere, FNU LNU, a/k/a "Daniel," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that FNU LNU, a/k/a "Daniel," the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that FNU LNU, a/k/a "Daniel," the defendant, conspired to distribute and possess with the intent to distribute was one kilogram and more of mixtures and substances containing a detectable amount of

JUDGE ENGELMAYER

heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offense charged in Count One of this Indictment, FNU LNU, a/k/a "Daniel," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense charged in Count One of this Indictment.

### Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of FNU LNU, a/k/a "Daniel," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value;

        or

    e.   has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853.)

_____         _____
FOREPERSON                                 PREET BHARARA
                                                      United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FNU LNU,
a/k/a "Daniel,"

Defendant.

**INDICTMENT**

(21 U.S.C. § 846.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

4/30/14 [handwritten notation: Pret Ind. Ret 14-1-87. The case is assigned to Judge Engelmayer for all purposes A/W ordered. Judge ___]