

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 8, 2014

<u>By Hand and ECF</u>
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

>   Re:   <u>United States v. **FNU LNU, a/k/a "Daniel**,"</u>
>         **14 Cr. 280 (PAE)**

Dear Judge Engelmayer:

      The Government writes in response to the Court's inquiry at the conference on May 7, 2014 regarding the caption of the Indictment in this case. The defendant's name, Roberto Cuevas, is reflected in the entry on the public docket sheet relating to the financial affidavit that the defendant executed on May 1, 2014. (Dkt. No. 2). Although the defendant has not suggested at this juncture that he will present an identity defense to the pending charge, the Government will also resolve the case on the basis of a charging instrument bearing the defendant's name, including by seeking a superseding indictment if necessary.

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

        By: _____
                Emil J. Bove III
                Assistant United States Attorney
                (212) 637-2444

Cc:   Sarah Baumgartel
      (Via ECF)